No. 1080. LITZINGER v. PULITZER PUBLISHING CO. Supreme Court of Missouri. Certiorari denied. *Albert H. Hamel* for petitioner. *Lewis C. Green* for respondent.

No. 1082. STATES MARINE LINES, INC., v. FEDERAL MARITIME COMMISSION ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Herman Goldman, Elkan Turk* and *Elkan Turk, Jr.* for petitioner. *Solicitor General Cox, Assistant Attorney General Loevinger, Robert B. Hummel, Irwin A. Seibel* and *Robert E. Mitchell* for the United States and the Federal Maritime Commission, and *Richard W. Kurrus* for Isbrandtsen Co., Inc., respondents.

No. 1083. PAINTER v. UNITED STATES. C. A. 4th Cir. Certiorari denied. *David M. Baker* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Jerome Nelson* for the United States.

No. 1086. HOLAHAN, TRUSTEE IN BANKRUPTCY, v. JACKSON ET AL. C. A. 9th Cir. Certiorari denied. *John W. Bryan* for petitioner. *Frank E. Flynn* and *Allan K. Perry* for respondents. Reported below: —— F. 2d ——.

No. 1087. SHAW-BARTON, INC., v. JOHN BAUMGARTH CO. C. A. 7th Cir. Certiorari denied. *Frank J. Foley* for petitioner. *Morris Spector* and *A. Bradley Eben* for respondent.

No. 1088. BAILEY v. SANDELL, INC. District Court of Appeal of California, Fifth Appellate District. Certiorari denied. *John C. Burke* for petitioner. *Richard Z. Lamberson* for respondent.